**Order entered June 16, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00434-CV

**RECOVERY FUNDING SERVICE, LLC, ASSIGNEE OF HATTON W. SUMNERS FOUNDATION FOR THE STUDY AND TEACHING OF THE SCIENCE OF SELF-GOVERNMENT, INC., Appellant**

**V.**

**JAMES AMOS, JR., ET AL., Appellees**

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-21-11479

### ORDER

Before the Court is appellant's June 15, 2022 motion for an extension of time to file its jurisdictional letter brief. We **GRANT** the motion and extend the time to **June 22, 2022**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE